UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDER ABRON,

       Petitioner,                          Case No. 1:11-CV-286

v.                                      HON. GORDON J. QUIST

CARMEN PALMER,

       Respondent.

                              /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation by the United States Magistrate Judge in this action, which was served on Petitioner on December 11, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 10, 2012, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

This case is **concluded**.

Dated: January 22, 2013                                  /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE